UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Theodore Robert Calrson, *et al.*,

       Plaintiffs,

                Civ. No. 07-3970 (RHK/JSM)
                **ORDER**

v.

A.L.S. Enterprises, Inc., *et al.*,

       Defendants.

---

  This matter is before the Court *sua sponte*. All of the Defendants have moved to dismiss the Complaint in this case; the Motions are scheduled to be heard by the Court on January 9, 2008, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the issues raised in the Motions. Accordingly, **IT IS ORDERED** that the hearing on Defendants' Motions is **CANCELED**. The Motions are deemed submitted as of December 28, 2007, the date of Defendants' Reply Memoranda.

Dated: January   3  , 2008             s/Richard H. Kyle
                             RICHARD H. KYLE
                             United States District Judge