UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

───────────────────────────────────────────────────────────

Mike Buetow, Gary Steven Richardson, Jr.,
Joe Rohrbach, Jeff Brosi, and Dennis Deeb,
individually on behalf of themselves and all
other Minnesota residents and entities
similarly situated,

                      Plaintiffs,

                                                      Civ. No. 07-3970 (RHK/JJK)
                                                      **ORDER**

v.

A.L.S. Enterprises, Inc., Cabela's Inc.,
Cabela's Wholesale, Inc. and
Gander Mountain Co.,

                      Defendants.

───────────────────────────────────────────────────────────

     Defendants' letter request (attached) seeking permission to submit a letter addressing the February 26, 2009 Order in <u>Mooney v. Allianz Life Insurance Co.</u>, Civ. No. 06-545 (ADM/FLN) (D. Minn.), and the February 23, 2009 Order in <u>Avritt v. Reliastar Life Insurance Co.</u>, Civ. No. 07-1817, (JNE/JJG), 2009 WL 455808 (D. Minn.), is **DENIED**.

Dated: April 2, 2009
                                                               s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                               United States District Judge