UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mike Buetow, Gary Steven Richardson, Jr.,
Joe Rohrbach, Jeff Brosi, and Dennis Deeb,
individually on behalf of themselves and all
other Minnesota residents and entities
similarly situated,

     Plaintiffs,

                Civ. No. 07-3970 (RHK/JJK)
                **ORDER**

v.

A.L.S. Enterprises, Inc., Cabela's Inc.,
Cabela's Wholesale, Inc., and
Gander Mountain Co.,

     Defendants.

---

  In response to Defendants' Objections to Plaintiffs' Proposed Order Regarding Injunctive Relief (Doc. No. 339), Plaintiffs may file a Reply with the Court no later than 12:00 noon on June 4, 2010. No further submissions on this matter may be filed without Court permission.

Dated: June 2, 2010             s/Richard H. Kyle
                     RICHARD H. KYLE
                     United States District Judge