In re:

Activated Carbon-Based Hunting
Clothing Marketing and Sales Practices
Litigation

THIS DOCUMENT RELATES TO:
Buetow v. A.L.S. Enterprises, Inc., et al., Civ. No. 07-cv-3970 (RHK/JJK)

Multidistrict Litigation
No.09-md-2059 (RHK/JJK)

**ORDER SETTING SCHEDULE FOR BRIEFING ON DEFENDANTS' MOTION
TO STAY PERMANENT INJUNCTION**

Based upon the parties' Stipulated Schedule for Briefing on Defendants' Motion to Stay Permanent Injunction (Doc. #363), the Court hereby orders that the schedule for briefing on Defendants' June 22, 2010 Emergency Motion for Partial Stay of Injunction Pending Appeal and to Stay Injunction Compliance Period During Resolution of Defendants' Stay Motion (Doc. #349), shall be as follows:

1. Plaintiffs shall file and serve their response to Defendants' motion on or before July 7, 2010.

2. Defendants shall file and serve their reply on or before July 12, 2010.

IT IS SO ORDERED.

Dated: July 2, 2010        BY THE COURT:

s/Richard H. Kyle
Richard H. Kyle
United States District Court Judge